IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

Criminal No. 16-55

SIMON T. TUSHA

ARRAIGNMENT PLEA

Defendant SIMON T. TUSHA being arraigned, pleads <u>Guilty as to Count 1 of the Information</u> in open Court this <u>20th</u> day of <u>May</u>, 20 <u>16</u>

_____
(Defendant's Signature)

_____
(Attorney for Defendant)