DUPLICATE

Court Name: USDC, WESTERN DISTRICT OF PA
Division: 2
Receipt Number: 24668038083
Cashier ID: mlutz
Transaction Date: 05/20/2016
Payer Name: Simon Tusha
----------------------------------
CRIMINAL DEBT
 For: Simon Tusha
 Case/Party: D-PAW-2-16-CR-000055-001
 Amount:        $100.00
----------------------------------
CASH
 Amt Tendered:  $100.00
----------------------------------
Total Due:      $100.00
Total Tendered: $100.00
Change Amt:     $0.00

 IFA
 Plea

# FILED

## MAY 2 0 2016

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA