# IN THE UNITED STATED DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL NO. 16-00055-TFM** |
| V. | ) | (18 U.S.C. 371) |
| | ) | |
| **SIMON T. TUSHA** | ) | |

## PROPOSED ORDER

Upon consideration of Defendant's Motion for Postponement of Sentencing it is this

 19th day of ___July___, 2016 hereby;

    **ORDERED** that Defendant's Motion is **GRANTED**.

    **SO ORDERED**.

                                           s/ Terrence F. Mcverry
                                           Hon. Terrence F. McVerry
                                           Senior Judge, Western District of Pennsylvania