IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO. 2:16-cr-00055-TFM |
| V. ) | (18 U.S.C. 371) |
| ) | |
| SIMON T. TUSHA ) | |

## PROPOSED ORDER

Upon consideration of Defendant's Motion for Withdrawal of Appearance as Counsel it is this 5th day of Oct., 2016 hereby;

ORDERED that Defendant's Motion is ~~GRANTED~~ denied without prejudice. If new counsel is obtained, the motion will be reconsidered.

~~SO ORDERED.~~

*(signature)* Janetta F. Ambrose

Hon. ~~Terrence F. McVerry~~
Senior Judge, Western District of Pennsylvania