IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
) Criminal No. 16-055
v. ) Case No. 2:16-cr-00055-DWA
) The Honorable Donetta W. Ambrose
SIMON TUSHA )

**ORDER**

AND NOW, to-wit, this ___28th___ day of ___September___, 2018, upon

consideration of Defendant Simon Tusha's Motion To Continue Sentencing, it is hereby

ORDERED, that said Motion is hereby GRANTED, and the Sentence, now scheduled for

October 1, 2018, is hereby continued until ___January 3___, 2019 at 10:15 a.m.

IT IS FURTHER ORDERED that the extension of time caused by this

continuance (from the date of this Order, to the date of the rescheduled Sentence), be

deemed excludable delay under the Speedy Trial Act 18 U.S.C. § 3161 et. seq.

Specifically, the Court finds that the ends of justice served by granting this continuance

outweigh the best interest of the public and the defendant to a speedy trial, 18 U.S.C. §

3161 (h) (7) (A), since, for the reasons stated in Defendant's Motion, the failure to grant

such continuance would deny counsel for the Defendant reasonable time necessary for

effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161

(h) (7) (B)(iv).

_Donetta W. Ambrose_
_____
Donetta W. Ambrose
United States District Judge