IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Criminal No. 16-055 |
| v. | ) Case No. 2:16-cr-00055-DWA |
| | ) The Honorable Donetta W. Ambrose |
| SIMON TUSHA | ) |

**<u>ORDER</u>**

AND NOW, to-wit, this _____ day of _____, 2018, upon consideration of Defendant Simon Tusha's Motion To Continue Sentencing, it is hereby ORDERED, that said Motion is hereby GRANTED, and the Sentence, now scheduled for January 3, 2019, is hereby continued until _____, 2019.

IT IS FURTHER ORDERED that the extension of time caused by this continuance (from the date of this Order, to the date of the rescheduled Sentence), be deemed excludable delay under the Speedy Trial Act 18 U.S.C. § 3161 et. seq. Specifically, the Court finds that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant to a speedy trial, 18 U.S.C. § 3161 (h) (7) (A), since, for the reasons stated in Defendant's Motion, the failure to grant such continuance would deny counsel for the Defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161 (h) (7) (B)(iv).

_____
Donetta W. Ambrose
United States District Judge