# SURGICAL PATHOLOGY: ROUTINE SPECIMEN - Details



*Exhibit A*

## Component Results

| Component | Your Value | Standard Range |
|---|---|---|
| Surg Path Report | THE Patient: TUSHA,SIMON Path# S18-74707<br>JOHNS HOPKINS<br>HOSPITAL JHH MR # 8-726-94-68 Accessioned 11/28/2018<br>Dermatopathology<br>and Birthdate: 11/03/1972 (Age 46) Loc: JH-109<br>Oral Pathology<br>600 N. Wolfe Street Gender: M Spec. Taken 11/27/2018<br>Baltimore, Md.<br>21287-8048 JHH Physician: NOORI KIM, MD<br>================================================================<br><br>INTERPRETATION AND DIAGNOSIS: (gxe) 12/06/2018 @ 04:57 pm<br><br>1. DIAGNOSIS: SKIN, MID LOWER BACK (BIOPSY): SEVERELY ATYPICAL COMPOUND MELANOCYTIC PROLIFERATION WITH REGRESSIVE FEATURES, FOCALLY EXTENDING TO BIOPSY BASE (SEE NOTE).<br><br>NOTE: This is a difficult case. There are areas of junctional confluency, seen on both routine and Sox10 stains, concerning for melanoma in situ. The dermal component appears nevoid and follows a follicle, as in a congenital pattern nevus. However, there is focal dermal reggressive change, also seen with the VVG stain (elastic fibers focally pushed down by the dermal fibrosis) and a regressed invasive melanoma cannot be excluded. The regressed area measures 0.8mm in maximum depth. The lateral margins appear negative, but the the deep margin is focally involved. A re-excision with negative margins is recommended for complete eradication of this lesion. This case was reviewed at the Dermatopathology quality assurance conference. Dr. N. Kim was notified of the findings by Dr. Erdag on 12/6/2018 at 4:57pm.<br><br>GULSUN ERDAG, M.D. GE*<br><br>*Electronic signature (12/06/2018 @ 04:58 pm) by which I attest that the above diagnosis is based upon my personal examination of the slides (and / or other material indicated in the diagnosis), and that I have reviewed and approved this report.<br>================================================================<br><br>Clinical History: | |

| Component | Your Value | Standard Range |
|---|---|---|

46YO CAUCASIAN MAN WITH 9MM RED BROWN MACULE, ASYMMETRIC PIGMENT STRUCTURES, WHITE CRYSTALLINE STRUCTURE IN CENTER, MID LOWER BACK.

DDX: MELANOMA

GROSS DESCRIPTION

PART #1: MID LOWER BACK (jxh)
Resident Pathologist: ABHA SONI, DO 11/28/2018

Submitted by: BENJAMIN LAO.
Specimen received: In formalin
Patient's name on label: Tusha, Simon
Specimen designation: Mid lower back
Number of pieces received: 1 (One)
Measurement Piece 1: 1.3 x 1.2 x 0.1 cm
Lesion Evident: Yes
Description of Lesion: irregularly shaped red brown macule

The specimen is unoriented. The margin is inked, and the specimen is sectioned into a total of 2 (Two) piece(s) and submitted in its entirety.

SUMMARY OF SECTIONS:
1 - A - 2
1 - TOTAL - 2

========================================================================

(End of Report) printed 12/06/2018 17:05

Reported by:
Johns Hopkins Medical Institutions
Dermatopathology and Oral Pathology
600 N. Wolfe St., Baltimore, MD 21287
Tel: 410-955-3484 or 877-321-9444

Final Report Signed on 12/06/2018 at 04:58 pm

## General Information

Collected:
11/27/2018

Resulted:
12/06/2018 4:58 PM

Ordered By:
Noori Kim, MD

Result Status:
Final result

MyChart® licensed from Epic Systems Corporation © 1999 - 2016

Johns Hopkins Plastic Surgery - M
601 N Caroline St
Jhoc 8th Fl
Baltimore MD 21287-0006
443-997-9466
Fax: 410-367-2022



JOHNS HOPKINS
M E D I C I N E

January 7, 2019

Patient:  Simon Tusha
Date of Birth: 11/3/1972
Date of Visit: 1/7/2019

To Whom It May Concern:

Simon Tusha was seen in Plastic Surgery clinic today. He will need to have his pathology report (S18-74707) from 11/27/2018 reviewed by the Melanoma Tumor Board at Johns Hopkins Hospital. The Tumor Board will determine the treatment plan for this patient. He will need to be scheduled for further excision of the lesion in the near future.

If you have any questions or concerns, please don't hesitate to call 410 955 9469

Sincerely,

Paul Manson, MD

443-844-1860.

Johns Hopkins Plastic Surgery
601 N Caroline St
Jhoc 8th Fl
Baltimore MD 21287-0006
443-997-9466
Fax: 410-367-2022



JOHNS HOPKINS
MEDICINE

1-7-2019

Simon Tusha has been scheduled for surgery with Dr. Paul Manson on February 21, 2019. Please feel free to call with any questions.

Sincerely,

Paul Manson, MD

Page 1 of 1