# Your most recent health record summary



Exhibit B

Clinical summaries   Other documents

## Simon Tusha

The information below was updated on **August 10, 2018**.

**Basic Information About You**

| Name | Date Of Birth | Street Address | City | State |
|---|---|---|---|---|
| Simon Tusha | November 3, 1972 | 1122 Walters Mill Rd | Forest Hill | MD |

| ZIP Code | Primary Phone Number | Sex | Marital Status | Preferred Language | Race |
|---|---|---|---|---|---|
| 21050 | (443) 807-3595 | Male | Married | English | |

| Ethnicity | Patient Identifier |
|---|---|
| Not Hispanic or Latino | 130018 |

**Care Team Members**

**CHESAPEAKE UROLOGY**
(410) 825-5454
6535 N CHARLES ST STE 650
BALTIMORE, MD21204

**Problems**

| Name | Dates | Details |
|---|---|---|
| Benign prostatic hyperplasia with lower urinary tract symptoms, unspecified morphology (600.01) | | Status: Active |
| Benign prostatic hypertrophy (BPH) with nocturia (Renamed from Benign prostatic hypertrophy with nocturia) (600.01, N40.1) | | Comments: Cystoscopy (2/8/2018) -- moderate lateral lobe obstruction ; bladder is normal<br>Status: Active |
| Elevated PSA (Renamed from Elevated prostate specific antigen) (790.93, R97.20) | | Comments: status post prostate ultrasound and biopsy for rising PSA to 3.8<br>Status: Active |
| Erectile dysfunction following radical prostatectomy (607.84, N52.31) | | Status: Active |
| Erectile dysfunction following radical prostatectomy (607.84, N52.31) | | Status: Active |
| Hypogonadism male (257.2, E29.1) | | Status: Active |
| Cancer of prostate w/intermediate risk (T2b-c or Gleason 7 or PSA 10-20) (Renamed from Malignant neoplasm of prostate with intermediate recurrence risk, stage T2B-C or Gleason 7 or or prostate-specific antigen 10-20) (185, C61) | | Comments: pT2 Gleason 3+4=7, neg margins/nodes status post robotic prostatectomy 4/11/18<br>Status: Active |
| Cancer of prostate w/intermediate risk (T2b-c or Gleason 7 or PSA 10-20) (Renamed from Malignant neoplasm of prostate with intermediate recurrence risk, stage T2B-C or Gleason 7 or or prostate-specific antigen 10-20) (185, C61) | | Status: Active |

| | |
|---|---|
| Cancer of prostate w/intermediate risk (T2b-c or Gleason 7 or PSA 10-20) (Renamed from Malignant neoplasm of prostate with intermediate recurrence risk, stage T2B-C or Gleason 7 or or prostate-specific antigen 10-20) (185, C61) | Comments: pT2 Gleason 3+4=7 adenocarcinoma of the prostate with negative margins status post robotic prostatectomy on 4/11/18<br>Status: Active |
| Cancer of prostate w/intermediate risk (T2b-c or Gleason 7 or PSA 10-20) (Renamed from Malignant neoplasm of prostate with intermediate recurrence risk, stage T2B-C or Gleason 7 or or prostate-specific antigen 10-20) (185, C61) | Status: Active |
| No Show Office visit Charge Patient (002.0) | Status: Active |
| Nocturia (788.43, R35.1) | Status: Active |
| Screening PSA (V76.44, Z12.5) | Status: Active |
| Vas deferens stricture (608.85, N50.89) | Status: Active |
| Cancer of prostate w/low risk (T1-2a, Gleason<7 & PSA<10) (Renamed from Cancer of prostate with low recurrence risk) (185, C61) | Status: Resolved as of 18-Apr-2018 |

## Medications

| Name | Dates | Details |
|---|---|---|
| OxyCODONE HCl 5 MG Oral Tablet - Historical Medication | | Started 11-Apr-2018    Ended 25-Apr-2018<br>Active Comments: Qty: 30.0 tab |
| Sennosides 8.6 MG Oral Tablet - Historical Medication | | Started 11-Apr-2018    Ended 25-Apr-2018<br>Active Comments: Qty: 20.0 tab |
| Sildenafil Citrate 20 MG Oral Tablet<br>5 Tablet as needed for 30 days<br>Quantity: 40    Refills: 0 | Ordered :10-Aug-2018<br>Cleary, Ryan MD | Started 10-Aug-2018<br>Active Comments: Medication taken as needed. |
| Tamsulosin HCl 0.4 MG Oral Capsule<br>1 (one) Capsule Capsule daily, 30 minutes after a meal for 30 days<br>Quantity: 30    Refills: 6 | Ordered :24-Jan-2018<br>Benner, Patricia | Started 24-Jan-2018<br>Active Comments: tolerats ok |
| Tamsulosin HCl 0.4 MG Oral Capsule<br>1 (one) Capsule Capsule daily, 30 minutes after a meal for 30 days<br>Quantity: 30    Refills: 12 | Ordered :24-Jan-2018<br>Benner, Patricia | Started 24-Jan-2018<br>Active |
| Tylenol 325 MG Oral Tablet - Historical Medication | | Started 11-Apr-2018    Ended 25-Apr-2018<br>Active Comments: Qty: 60.0 tab |
| ADVAIR DISKUS, 250-50MCG/DOSE (Inhalation Aerosol Powder Breath Activated) - Historical Medication | | Inactive |
| Albuterol 90 MCG/ACT Inhalation Aerosol Solution - Historical Medication<br>1-2 as needed | | Inactive Comments: Medication taken as needed. |
| Cialis 5 MG Oral Tablet<br>1 (one) Tablet daily for 30 days<br>Quantity: 30    Refills: 0 | Ordered :25-May-2018<br>Cleary, Ryan MD | Started 25-May-2018    Ended 24-June-2018<br>Inactive Comments: Daily Dose Cialis for the Treatment of ED and BPH |
| CIPRO, 500MG (Oral Tablet)<br>1 Tab BID for 5 days<br>Quantity: 10    Refills: 0 | Ordered :1-June-2012<br>Fenig, David MD | Started 1-June-2012    Ended 6-June-2012<br>Inactive |