# IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| vs. | ) Criminal No. 16-55 |
| SIMON TUSHA | ) |
| Defendant. | ) |

TYPE OF HEARING: **Sentencing**
Before Judge Ambrose

___Jim Wilson___          ___Stanley Greenfield___
Appear for USA                Appear for Defendant

Hearing begun: 1/10/19  9:54 AM   Stenographer: _____
Hearing concluded: 1/10/19  11:08 AM   Clerk: Sherry Halfhill / Carolyn Allen
                                              **Anne Kurzweg** / Susan Schupansky

Defendant sworn & testified.

Judgment Order to follow.