3/14/2019                                                                                       MyChart - Letters

Name: Simon Tusha | DOB: 11/3/1972 | MRN: JH87269468 | PCP: Amara Z Burney, MD

# Letter Details

**Johns Hopkins Plastic Surgery**
601 N Caroline St
Jhoc 8th Fl
Baltimore MD 21287-0006
443-997-9466
Fax: 410-367-2022



March 14, 2019

Patient:     Simon Tusha
Date of Birth: 11/3/1972

To Whom It May Concern:

Simon Tusha continues to be under the care of Dr. Paul Manson at Johns Hopkins Hospital. He continues to be seen for post operative care and wound management. The patient has an open wound that continues to heal. He will be seen by Dr. Manson in the next month for his next operative visit to remove remaining positive margins once open wound heals.

If you have any questions or concerns, please don't hesitate to call 443 997 9466.


Sincerely,

Monica Thompson, PA-C
Physician Assistant for Dr. Paul Manson

Plastic and Reconstructive Surgery
Johns Hopkins Hospital
601 North Caroline Street
Baltimore, MD 21287
RE: Tusha, Simon (JH87269468)                                            Page 1 of 1


*This letter was initially viewed by Simon Tusha at 3/14/2019 10:02 AM.*


MyChart® licensed from Epic Systems Corporation © 1999 - 2018