IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Criminal No. 16-055 |
| v. | ) Case No. 2:16-cr-00055-DWA |
| | ) The Honorable Donetta W. Ambrose |
| SIMON TUSHA | ) |

### ORDER

AND NOW, to-wit, this __18th__ day of __March__, 2019, upon consideration of Defendant Simon Tusha's Motion For Enlargement of Time to Report, it is hereby ORDERED, that said Motion is hereby GRANTED, and the date in which the Defendant is set to self-report for incarceration, now scheduled for April 1, 2019, is hereby enlarged until __5/13__, 2019.

_Donetta F. Ambrose_
Donetta W. Ambrose
United States District Judge