FCI LORETTO

Note/Report Type: Progress Note
Printed On: Sep 11, 2019  Printed At: Altoona Medical Oncology
Page: 1

**NOTE TYPE:** CONSULTATION
DID: MOCNSLT
**PATIENT NAME:** Tusha, Simon T

**ARIA ID:** A19291972

**DATE OF BIRTH:** Nov 03, 1972

**DATE OF VISIT:** Sep 10, 2019

## CONSULTATION

Dear, No 'Referrals from' exist for this patient.

### CHIEF COMPLAINT:
1- Prostate carcinoma
2- Malignant Melanoma

### HISTORY OF PRESENT ILLNESS/INTERIM HISTORY:
46-year-old white male was diagnosed with prostate carcinoma in 2018 and underwent prostatectomy by Dr.Ryan Cleary at medstar health, Bell Air MD in April 2018
Patient does not know the stage of the disease and we do not have any information at present. He did not receive any androgen blockade before after the surgery
He also did not receive any adjuant radiation therapy
He was diagnosed with malignant melanoma in February 2019 and had surgery at Johns Hopkins Medical Center in Baltimore Maryland details about the pathology of melanotic lesion is also not available at present. She did not receive any adjuvant therapy. He does not know the stage of melanoma
Patient complain of fatigue & gradual weight loss over the last 6 months. He denies nausea vomiting or anorexia. No history of headache dizziness or seizure activity. No history of cough chest pain or dyspnea. No history of nausea vomiting abdominal or pelvic pain. No history of recent or recurrent infection. No history of bleeding or thrombosis

### REVIEW OF SYSTEMS:
The pertinent ROS are incorporated in the HPI. Beyond those, the remaining 10 organ system ROS are either normal/negative or listed below.

Constitutional Abnormal - No fevers, chills, night sweats, excessive fatigue . Hx of 25 pounds weight loss over 6 months, Genitourinary (M) Abnormal - Increased frequency of urination, urgency, no hematuria or dysuria, history of discomfort of rt testicle, Psychiatric Abnormal - Anxity.

### PAST MEDICAL HISTORY:
Mr. Tusha's medical history consists of prostate cancer (Gleason 3+4).

### PAST SURGICAL HISTORY:
Mr. Tusha's surgical/procedural history consists of ileum biopsy, left arm reconstruction, melanoma x 2, Radical prostatectomy in 2018, and testicular bx in 2012.

### MEDICATIONS:
This patient reports not taking external medications.

Electronically Reviewed by: Shabbir Ahmad, M.D. on 9/10/2019 16:22:06

Name: Tusha, Simon T
Note/Report Type: Progress Note
Printed On: Sep 11, 2019  Printed At: Altoona Medical Oncology
Page: 2

**ALLERGIES:**
PCN
sulfa

**FAMILY HISTORY:**
Mr. Tusha's mother is alive: MI. His maternal grandfather is alive: Skin Cancer, and stroke; prostate cancer/ colon cancer/ MI. no family history of blood disorders.

**SOCIAL HISTORY:**
Mr. Tusha is single. Mr. Tusha has never smoked. He has no history of drinking. Mr. Tusha reports no contact with hazardous material.
Mr. Tusha reports the following support systems: incarcerated. His diet consists of regular meals.

**PHYSICAL EXAMINATION:**
Performed on Sep 10, 2019 11:36

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Height | 70 in | Weight | 178 lbs | BSA (derived) | 1.99 sq.m | BMI | 25.54 |
| Temperature | 98.0 F | Pulse | 76 /min | Respiration | 16 /min | BP | 137/78 |
| PulseOximetry O2 Sats | 95% | | | | | | |

0 - Fully active, able to carry on all predisease activities without restrictions. (ECOG)

| | |
|---|---|
| Constitutional | Alert, cooperative, oriented. Mood and affect appropriate. Well nourished. |
| Head | Normocephalic |
| Eyes | Conjunctivae and sclerae are clear and without icterus. |
| ENMT | Normal oral mucosa |
| Neck | No neck mass or lymphadenopathy |
| Hematologic/Lymphatic | No petechiae or purpura. No tender or palpable lymph nodes in the cervical, supraclavicular, axillary or inguinal area. |
| Respiratory | Lungs are clear to auscultation without rhonchi or wheezing. |
| Cardiovascular | Regular rate and rhythm of heart without murmurs. |
| Abdomen | Non-tender, non-distended, no masses, ascites or hepatosplenomegaly. |
| Genitalia/Groin/Buttock (M) | Normal penis, no abnormal scrotal masses or tenderness, no testicular masses. epidydmal tourtourosity |
| Back/Spine | No kyphosis, Non-tender to palpation. |
| Extremities | No pedal edema or calf tenderness |
| Musculoskeletal | No tenderness or swelling, normal range of motion without obvious weakness. |
| Integumentary | No rashes, scars, or lesions suggestive of malignancy. |
| Neurologic | Face symmetrical, power of upper and lower extremity is normal, gait is normal |
| Psychiatric | Alert and oriented times three. Coherent speech. Verbalizes understanding of our discussions today. |

**LABORATORY DATA:**
Test performed on Sep 10, 2019 12:10

| | | | |
|---|---|---|---|
| Glucose | 87 mg/dL | | |
| BUN | 10 mg/dL | Creatinine | 0.90 mg/dL |
| Cr Clearance (Est) | 117.1200 mL/min | Sodium | 139 mmol/L |

Electronically Reviewed by: Shabbir Ahmad, M.D. on 9/10/2019 16:22:06

Name: Tusha, Simon T
Note/Report Type: Progress Note
Printed On: Sep 11, 2019   Printed At: Altoona Medical Oncology
Page: 3

| | | | |
|---|---|---|---|
| Potassium | 4.2 mmol/L | Chloride | 105 mmol/L |
| CO2 | 25 mmol/L | Calcium | 9.7 mg/dL |
| Protein, Total | 7.3 g/dL | Albumin | 4.1 g/dL |
| A/G Ratio | 1.3 | Bilirubin, Total | 0.9 mg/dL |
| Alkaline Phosphatase | 78 U/L | AST(SGOT) | [redacted] |
| ALT(SGPT) | [redacted] | Anion Gap | 13 mmol/L |
| eGFR Non-African-American | 102 mL/MIN | eGFR African-American | 118 mL/MIN |
| WBC | 6.0 X10E+09/L | RBC | 5.36 X10E+12/L |
| HGB | 15.8 g/dL | HCT | 46.7 % |
| MCV | 87.0 fL | MCH | 29.5 pg |
| MCHC | 33.9 g/dL | RDW | 13.8 % |
| Platelet Count | 227 X10E+09/L | MPV | 9.5 fL |
| Neutrophil % | 66.5 % | Lymphocyte % | 27.8 % |
| Monocyte % | 4.5 % | Eosinophil % | 0.8 % |
| Basophil % | 0.4 % | Neutrophils (Abs) | 4.0 X10E*3 |
| Monocytes (Abs) | 0.3 X10E*3 | Lymphocytes (Abs) | 1.7 X10E*3 |
| Eosinophils (Abs) | 0.0 X10E*3 | Basophils (Abs) | 0.0 X10E*3 |
| PSA | 0.007 ng/mL | | |

IMPRESSION:
1- Hx. of prostate carcinoma, prostatectomy in April 2018
2- history of malignant melanoma had excision of the lesion from the lower back In Feb 2019 and a second lesion from the scalp in May 2019 Johns Hopkins Hospital Baltimore Maryland
Complain of generalize weakness, unintended 25 pounds weight loss over the last 6 months
No suspicious skin lesion, no palpable lymphadenopathy are hepatosplenomegaly. Bilateral good air entry in the lung fields. No spinal tenderness. No focal neurologic deficit

ASSESSMENT AND PLAN:
1- Will get the previous record from Dr. Ryan Cleary regarding his prostate carcinoma
2- to get the previous record from Dr. Manson from Johns Hopkins Hospital in Baltimore Maryland
3- check CBC CMP LDH today
4- arrange PET CT scan of whole body
Reevaluate after the above workup

Electronically Reviewed By: Shabbir Ahmad Sep 10, 2019 4:21PM



Dr. K. Swindell
Clinical Director

Electronically Reviewed by: Shabbir Ahmad, M.D. on 9/10/2019 16:22:06

# UPMC | HILLMAN CANCER CE[NTER]

Patient: Tusha, Simon T
Patient Number: 741884208
Primary Insurance: Fci Seven Corners
Primary Diagnosis: ICD-10 C43.59 (Malignan[t]
Primary Diagnosis: ICD-10 C61 (Malignant n[eoplasm]
Date of Birth: 11/3/1972
Ordering Provider: Ahmed, Shabbir, M.D.
Ordering Provider NPI: 1982673133
Test Ordered: PET/CT
Additional Order Details: Whole Body

Please Fax Results to:

Order Notation:
Date Ordered: 9/10/2019
Date Requested: ASAP

This order electronically signed by Ahmad, Shabbir, M.D. on 9/10/2019 at 12:00:20PM

---

Handwritten note:

9/10 Hillman Cancer Center
Altoona Med Oncology

Dr. Shabbir

2 reports

Outpatient Order Sheet

**UPMC | HILLMAN CANCER CENTER**

Altoona Medical Oncology

800 Howard Avenue

Altoona, Pennsylvania 16601

Phone: (814) 889-2708

Fax: (814) 946-3352

## Outpatient Order Sheet

| | |
|---|---|
| Patient: | Tusha, Simon T |
| Patient Number: | 741884208 |
| Primary Insurance: | Fci Seven Corners |
| | Grp #: |
| | Pol #: 04182-015 |
| Primary Diagnosis: | ICD-10 C43.59 (Malignant melanoma of other part of trunk |
| Primary Diagnosis: | ICD-10 C61 (Malignant neoplasm of prostate |
| Date of Birth: | 11/3/1972 |
| Ordering Provider: | Ahmad, Shabbir, M.D. |
| Ordering Provider NPI: | 1982673133 |
| Test Ordered: | Ultrasound |
| Additional Order Details: | Ultrasound Testes |
| Please Fax Results to: | |
| Order Notation: | . |
| Date Ordered: | 9/10/2019 |
| Date Requested: | ASAP |

This order electronically signed by Ahmad, Shabbir, M.D. on 9/10/2019 at 12:19:47PM