UPMC

**UPMC Altoona Station Medical Center**
**1516 Ninth Avenue**
**Altoona, PA 16602**
**(814) 889-4222**

FCI LORETTO

## Final Report

#04182-015
Patient Name: Simon T. Tusha
DOB: 11/3/1972 Sex:M
Patient Telephone Number: (800) 458-2078
MRN: 921792737
Accession #: 93472439
Associated Exams:

Attending Provider: Physician Nonassigned
Requesting Provider: Physician Nonassigned
Visit Number: 00856383869274
Patient Location: RKKSRD - Station Med Ctr Radiology

Dr. K. Swindell
Clinical Director
10/17/19

CompletedDate: 10/7/2019 3:14:00PM

EXAM: PET W CT FOR ATTEN TUMOR IMG FULL BODY

PET/CT SCAN, SKULL - MID THIGH:

Date of Study: 10/7/2019 3:14 PM.

CLINICAL HISTORY: INITIAL MELANOMA HX OF PROSTATE AND COLON CA;. Lesions excised from lower back and scalp.

COMPARISON STUDIES: None.

Technique: PET-CT was performed approximately 1 hour following the intravenous injection of 12.49 mCi of 2-Deoxy-2-(18 F) fluoro-D-glucose (FDG). The patient's blood glucose at the time of the study was 86 mg/dl.

Axial CT images are obtained from the top of the head to the bottom of the feet. CT images were obtained for lesion characterization, localization, and attenuation correction.

PET imaging was then obtained through the identical body regions.
Axial, coronal, and sagittal PET and CT images are evaluated with and without attenuation correction.

FINDINGS:

Head/Neck: There is normal metabolic activity within the soft tissues of the neck and the visualized lower head. Presumed physiologic activity within the oropharynx and salivary glands.

Chest: There is normal metabolic activity throughout the chest. There are two polygonal 5 mm juxta fissural right middle lobe pulmonary nodules (image #140 and #143) without abnormal metabolic activity, although these may be below the metabolic resolution of PET. There is minimal dependent right lower lobe subsegmental atelectasis. Lungs are otherwise clear.

Abdomen/Pelvis: There is normal metabolic activity throughout the abdomen and pelvis. Layering calcified stones are noted within the gallbladder. There is sigmoid diverticulosis, without acute inflammation. The appendix is mildly dilated, measuring 1 cm in diameter, but is filled with air, and there is no wall thickening or

Patient Name: Simon T. Tusha CompletedDate: 10/7/19 3:14 pm MRN: 921792737
DOB: 11/3/1972 Accession #: 93472439
Exam Performed: PET W CT FOR ATTEN TUMOR IMG FULL BODY

surrounding inflammatory changes.

Skeleton: There is normal metabolic activity throughout the visualized axial and appendicular skeleton.

Extremities: There is normal metabolic activity throughout the visualized extremities. Increased activity is noted within the right adductor longus and brevis muscles, without visualized lesion (image #328, SUV max: 3.8).

IMPRESSION:
1. No metabolically active malignancy identified.
2. Increased activity within the right abductor muscles likely due to muscular strain.
3. Cholelithiasis and diverticulosis.
4. Two 5 mm polygonal right middle lobe nodules without abnormal metabolic activity has CT appearance most suggestive of intrapulmonary lymph nodes.

Signed By: Benjamin S Salter, MD
Finalized Date: 10/8/19 12:56 pm

My electronic signature is attestation that I have interpreted this/these examination(s) and agree with the findings as noted above.

Transcriptionist: User Interface
Transcription Date: 10/8/2019 12:56:00PM

Performing Provider: Stacie L Claar

10/4/19

B. [illegible]

Microscopic:

A. [illegible]

B. [illegible]

Gross:

A. [illegible]

B. [illegible]

Signed by

Long [illegible]

[illegible]

[illegible]

Dr. K. Swindell

[illegible]linical Director

91019 Altoona Medica...gy.pdf

10719 Altoona Medica...ort.pdf

Fax Server 10/14/2019 6:41:02 PM PAGE 2/003 Fax Server

UPMC ... LORETTO

FCI
10/14 UPMC Loretto
Altoona, Station
Medical Center

#...
Patient Name: Sim...
DOB: 11/3/1972
Patient Telephone N...
MRN: 921792737
Accession #: 93472...
Associated Exams:

...sician Nonassigned
...sician Nonassigned
...6383869274
...SRD - Station Med Ctr
...ology

Dr. K. Swindell
Clinical Director
10/14

CompletedDate: 10/...

EXAM: PET W CT ...

PET/CT SCA...

Date of Study: 10/7/2019 3:14 PM.

CLINICAL HISTORY: INITIAL MELANOMA HX OF PROSTATE AND COLON CA:. Lesions excised from lower back and scalp.

COMPARISON STUDIES: None.

Technique: PET-CT was performed approximately 1 hour following the intravenous injection of 12.49 mCi of 2-Deoxy-2-(18 F) fluoro-D-glucose (FDG). The patient's blood glucose at the time of the study was 86 mg/dl.

Axial CT images are obtained from the top of the head to the bottom of the feet. CT images were obtained for lesion characterization, localization, and attenuation correction.

PET imaging was then obtained through the identical body regions.
Axial, coronal, and sagittal PET and CT images are evaluated with and without attenuation correction.

FINDINGS:

Head/Neck: There is normal metabolic activity within the soft tissues of the neck and the visualized lower head. Presumed physiologic activity within the oropharynx and salivary glands.

Chest: There is normal metabolic activity throughout the chest. There are two polygonal 5 mm juxta fissural right middle lobe pulmonary nodules (image #140 and #143) without abnormal metabolic activity, although these may be below the metabolic resolution of PET. There is minimal dependent right lower lobe subsegmental atelectasis. Lungs are otherwise clear.

Abdomen/Pelvis: There is normal metabolic activity throughout the abdomen and pelvis. Layering calcified stones are noted within the gallbladder. There is sigmoid diverticulosis, without acute inflammation. The appendix is mildly dilated, measuring 1 cm in diameter, but is filled with air, and there is no wall thickening or