```
                                              LOR 1330.18
                                              10/08/2014
                                          Administrative Remedy
                                          Procedure for Inmates
                                                 Page 8
```

## ADMINISTRATIVE REMEDY INFORMAL RESOLUTION FORM

Before an inmate may receive and file a Request for Administrative Remedy Form [BP-229(13)], he <u>must</u> ordinarily attempt to informally resolve his complaint with his Unit's Correctional Counselor. Briefly state the inmate's complaint below and the informal resolution offered.

Date Form Issued by Unit Staff: 11/7/19    Staff Initials: MN

Inmate Name: Simon Tisha    Reg. No.: 04182-015    Unit: CAMP    Team: CAMP

1. Complaint and Relief Requested: As per Regional Director's response, I am requesting home confinement or halfway house/residential reentry center placement, because both test for cancer in September & October came back positive. I want to start treatment as soon as I can. Please review attachments. I also have spots on my lungs. Thank you for your guidance and help!

Date inmate returned form to staff: 11/7/19    Staff Initials: MN

2. Staff Response (Include effort to resolve):
   As: J. W___, USA
   Revw 11/10/19 — Health Services Administrator
   — see attached.

Review Prior to Issuance of BP-9 _____    Date: _____
                                    Department Head

                         _____    Date: _____
                         Unit Manager

Date response was explained: 11/17/19    Counselor's Initials: MN

Response was accepted/(rejected). (Circle one)

Inmate Initials: ST    Date: 11-17-19

Date BP-229(13) Issued: 11/17/19    Staff Initials: MN

Inmate Initials: ST

DISTRIBUTION: If complaint is informally resolved - Forward to Administrative Remedy Clerk. If the complaint is <u>NOT</u> informally resolved - Forward to Administrative Remedy Clerk along with the completed BP-229(13) Form.

Administrative Remedy Informal Resolution Form - Response
FCI Loretto, Pennsylvania
TUSHA, Simon
Reg. No.: 04182-015
November 8, 2019

The following is in response to your *Administrative Remedy Informal Resolution,* dated November 7, 2019, and receipted by me on November 8, 2019. In this *Administrative Remedy Informal Resolution*, you ask to be submitted for a Residential Reentry Center or Home Confinement based upon your medical conditions. In remedy, you request "As per Regional Directors response, I am requesting home confinement or halfway house/residential reentry center placement."

In response, in an attempt to informally resolve your complaint, your request has been looked into. It is unclear what guidance from the Regional Director you are speaking of. Inmates are not submitted for Residential Reentry Center placement based upon medical conditions. Review of your Bureau Electronic Medical Record (BEMR) reveals that your medical needs are being met at FCI Loretto. If you feel you qualify, you may request Reduction in Sentence based upon your medical conditions. You may discuss with your Unit Team.

I trust that this addresses your concerns.

Norman Weidlich
Health Services Administrator