IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SIMON TERRANCE TUSHA | ) |
| | ) |
| Petitioner, | ) |
| | ) Criminal No. 16-055 |
| v. | ) Case No. 2:16-cr-00055-DWA |
| | ) The Honorable Donetta W. Ambrose |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | |

## ORDER

AND NOW, to-wit, this _____ day of _____, 2019, upon consideration of Petitioner Simon Tusha's Motion, it is hereby ORDERED, that said Motion is hereby GRANTED, and that:

_____
Donetta W. Ambrose
United States District Judge