# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,   )
)
)
vs.   )   Criminal No. 16-55
)
Simon Tusha   )
)
)
Defendant.   )

TYPE OF HEARING: __T/C status conference re Motion [78]__
Before Judge Ambrose

__Jim Wilson__  __Stanley Greenfield__

Appear for USA   Appear for Defendant

Hearing begun: __1/23/20 @ 8:35 am__   Court Reporter: ___

Hearing concluded: __1/23/20 @ 9:02 am__   Clerk: (Sherry Halfhill) / Carolyn Allen
Anne Kurzweg / Susan Schupansky

Discussed pending Motion [ect no. 78]. Government sought an oral extension of time. Judge granted the motion. Government to respond to motion 3 days after Government gets a report from Hillman.