IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No.16-55 |
| v.     ) | |
| ) | |
| SIMON T. TUSHA    ) | |

ORDER OF COURT

AND NOW, this 28th day of April, 2021 it is hereby ORDERED, that the Government's Request for a Hearing is hereby GRANTED.  A Hearing on this matter will be conducted via videoconference on **May 18, 2021 at 9:30 a.m.** at which time the parties shall appear by video and present any pertinent evidence related to Defendant's correspondence filed on April 14, 2021 at ECF No. 88.  The instructions to connect to the hearing by video will be distributed via email to counsel of record and the Defendant prior to the hearing.  Defendant shall contact this court at (412)208-7350 to advise the court of his email address.

BY THE COURT:

_Donetta F. Ambrose_
Honorable Donetta W. Ambrose
United States District Judge