# IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) No. 16-55 |
| | ) |
| SIMON TUSHA, | ) |
| | ) |

## ORDER OF COURT

AND NOW, this 1st day of October, 2021, it is hereby ORDERED, ADJUDGED, and DECREED that Defendant's Motion to Travel to Ireland from 10/2/21 to 10/9/21, as stated in his Motion, is granted. Defendant shall advise his probation officer when he returns from travel and of his whereabouts during travel.

BY THE COURT:

_____

Donetta W. Ambrose

Senior Judge, U.S. District Court