IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
OCT 25 2021
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

**United States of America,**
    **Plaintiff,**

v

Civil No. 2:16-cr-00055

**Simon Tusha.,**
    **Defendant.**

## MOTION FOR RELIEF FROM SUPERVISED RELEASE OR IN THE ALTERNATIVE APPROVAL TO TRAVEL INTERNATIONALLY FOR WORK RELATED PURPOSE

Simon Tusha, Petitioner, pro se, brings this Motion seeking the Court to relieve him from Supervised Release or in the alternative, to approve international travel for work related purpose. Petitioner respectfully avers as follows:

    1. Petitioner has been on Supervised release since November 9, 2020.

    2. Petitioner has not engaged in any unlawful activity, nor has he violated any condition of Supervised Release. (See Exhibit- 1)

    3. Petitioner has made restitution payments as agreed and made a substantial payment in addition to his obligation to the Court. (See Exhibit-3) include $10,250.00 payment from lawsuit.

4. Petitioner has been approved by Probation to travel within the United States without approval for each business trip and has done so without incident or infraction of any laws or Rules of Supervised Release. (See Exhibit-1)

5. Petitioner was approved by this Court to travel to Ireland for a business meeting and did so without incident or infraction of any laws or Rules of Supervised Release. (See Exhibit-1)

6. Petitioner's work now requires international travel to Europe and Asia, and this will become more regular as projects develop. (See Exhibit-2)

7. Should this Court relieve Petitioner of further Supervision of the Court, it will save judicial economy in that the Court will not have to entertain motions for travel on a regular basis. If the Court is not inclined to end supervision, in the alternative, a blanket approval for international business travel would suffice.

For all the reasons set forth in the foregoing, Petitioner respectfully requests the Court GRANT this Motion as requested and further, any other relief deemed appropriate by the Court.

Respectfully submitted,

_____
Simon Tusha, pro se

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of October 2021, I mailed the foregoing to United States Probation Office and United States Attorney Office, and I caused a copy of the foregoing, to be mailed via first-class mail or email, postage prepaid, to:

United States Probation Officer
District of Maryland
Kimberly Smith (Via Email)
Kimberly_Smith@mdp.uscourts.gov
410 962-4975

United States Attorney's Office
James R. Wilson AUSA
700 Grant Street
Suite 4000
Pittsburg, PA 15219

Simon Tusha
1060 Hidden Moss Drive
Cockeysville, MD 21030

Pro Se Plaintiff