# Exhibit-1

    **Gmail**                          Simon Tusha <simontusha@gmail.com>

---

## RE: motion to travel or end probation
1 message

---

**Kimberly Smith** <Kimberly_Smith@mdp.uscourts.gov>              Tue, Oct 19, 2021 at 1:26 PM
To: Simon Tusha <simontusha@gmail.com>

Thank you for the email.

In reference to early termination, pursuant to 18 U.S.C. § 3564(c), courts are permitted to terminate probation in misdemeanor cases at any time or probation in felony cases after one year, if such action is warranted. The District of Maryland Early Termination Policy requires persons under supervision must have completed at least 50% of their supervision period prior to being considered for early termination. Therefore, at this time, our office is unable to forward a request on your behalf as you have not reached the halfway point.

As we discussed, you are in compliance with the conditions of your Supervised Release and have had no issues of non-compliance.

In reference to overseas travel, we have no objections as long as your assigned officer is made aware of all travel details and that you follow any instructions regarding such travel.

Thanks again.

Kimberly Smith

U.S. Probation Officer

District of Maryland

410-962-4975

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**From:** Simon Tusha <simontusha@gmail.com>
**Sent:** Monday, October 18, 2021 6:31 AM
**To:** Kimberly Smith <Kimberly_Smith@mdp.uscourts.gov>
**Subject:** motion to travel or end probation

**CAUTION - EXTERNAL:**

Good Morning

Please see attached I will submit letter from my employer and from you as exhibits.

Did the payments I made get posted?

Please Call me with any questions.

Thank you for your assistance

**Simon Tusha, C.C.**

The beauty of life does not depend on how happy you are...but on how happy others can be because of you!!!

www.missioncriticale2.com

https://www.theadvancingtide.com

www.primusyachting.com

www.oceansaviours.com

10/19/21, 4:21 PM
Gmail - RE: motion to travel or end probation
Case 2:16-cr-00055-DWA   Document 105-1   Filed 10/25/21   Page 4 of 4

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.