# Exhibit-2

Make Things Work™
8901 Quality Road
Bonita Springs, FL 34135

October 20, 2021

To Whom it May Concern:

This letter is to notify any concerned parties that Simon Tusha will be traveling to various countries, ie: Ireland, United Kingdom, Finland, Canada and Germany frequently for essential company business.

The first date of travel will commence November 6, 2021.

Sincerely,

*Lucia Owen*

Lucia Owen, SPHR
Human Resources Manager

309-712-1758
833-682-7273
8901 Quality Road
Bonita Springs, FL 34135
www.e2comply.com