# Exhibit-3

10/19/2021 04:09 PM

Version 7.0.1  Page 1  of  2

## U.S. Courts
## Case Inquiry Report
Case Number: DPAW216CR000055; Party Number: N/A; Payee Code: N/A
Show Party Details: N; Show Payee Details: N; Show Transactions: Y

**Case Number** DPAW216CR000055   **Case Title**  USA V. SIMON TUSHA

### Summary Party Information:

| Party# | Party Code | Party Name | Account Code | Debt Type | JS Account # | Total Owed | Total Collected | Total Paid | Total Outstanding |
|---|---|---|---|---|---|---|---|---|---|
| 001 | PAWA011522 | BUREAU OF PRISON | PAWAPCCA5177 | SPECIAL PENALTY ASSESSMENT | | 100.00 | 100.00 | | 0.00 |
| 001 | PAWA011522 | BUREAU OF PRISON | PAWAPCCA5177 | OVERPAYMENT | | 50.00 | 50.00 | | 0.00 |
| 001 | PAWA011522 | BUREAU OF PRISON | PAWAPCCA5177 | FEDERAL RESTITUTION | | 962,100.00 | 12,375.00 | | 949,725.00 |
| | | | | | | 962,250.00 | 12,525.00 | | 949,725.00 |

### Summary Payee Information:

| Payee Code | Payee Name | | | | | Total Owed | | Total Paid | Total Outstanding |
|---|---|---|---|---|---|---|---|---|---|
| PAWA003751 | IRS-RACS | | | | | 962,100.00 | | 12,375.00 | 949,725.00 |
| PAWA011522 | BUREAU OF PRISON | | | | | 50.00 | | 50.00 | 0.00 |
| | | | | | | 962,150.00 | | 12,425.00 | 949,725.00 |

### Registry Information:

| Depository Code | Depository Name | | Account Type | | Account Number | Depository Total |
|---|---|---|---|---|---|---|

### Transaction Information:

| Document Type/Number*  Account Number | Document Date  Debt Type Line# | Accomplished Date  Debt Type | Line Type | Payee Line# | Amount  Depository Line# | Party/Payee Name  Check Number | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|---|
| CCR PAWCCA20-CT-24668038083 DPAW216CR000055-001 | 20-MAY-16 1 | 23-MAY-16 SPECIAL PENALTY ASSESSMENT | PR | | 100.00 | BUREAU OF PRISON | O | 04 | 504100 |
| CCR B090919DPAW216CR000055010906EP-19 DPAW216CR000055-001 | 2 | 01-OCT-19 OVERPAYMENT | PR | | 25.00 | BUREAU OF PRISON | O | OP2 | 6855XX |
| CPA PAWCCA20-PJ-20466801052 DPAW216CR000055-001 | 16-DEC-19 2 | 16-DEC-19 OVERPAYMENT | PR | 1 | 25.00 | BUREAU OF PRISON | O | 03 | 6855XX |
| CCR B121019DPAW216CR000055001193DEC-19 DPAW216CR000055-001 | 2 | 02-JAN-20 OVERPAYMENT | PR | | 25.00 | BUREAU OF PRISON | O | OP2 | 6855XX |
| CPA PAWCCA20-PJ-20466802032 DPAW216CR000055-001 | 19-MAR-20 2 | 19-MAR-20 OVERPAYMENT | PR | 1 | 25.00 | BUREAU OF PRISON | O | 03 | 6855XX |
| CTC B030620DPAW216CR000055001009MAR-20 DPAW216CR000055-001 | 3 | 02-APR-20 FEDERAL RESTITUTION | PR | | 25.00 | BUREAU OF PRISON | O | IP2 | 6855XX |
| PTC PAWCCA20-01017 DPAW216CR000055-001 | 19-JUN-20 3 | 19-JUN-20 FEDERAL RESTITUTION | PR | 1 | 25.00 | IRS-RACS  15132260 | O | 03 | 6855XX |
| CTC PAWCCA21-24668066472 DPAW216CR000055-001 | 22-DEC-20 3 | 23-DEC-20 FEDERAL RESTITUTION | PR | | 500.00 | BUREAU OF PRISON | O | 06 | 6855XX |

U.S. Courts
Case Inquiry Report
Case Number: DPAW216CR000055; Party Number: N/A; Payee Code: N/A
Show Party Details: N; Show Payee Details: N; Show Transactions: Y

**Transaction Information:**

| Document Type/Number* Account Number | Document Date Debt Type Line# | Accomplished Date Debt Type | Line Type | Payee Line# | Amount | Party/Payee Name Depository Line# | Check Number | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|---|---|
| CTC PAWCCA21-24668066919 DPAW216CR000055-001 | 15-JAN-21 3 | 20-JAN-21 FEDERAL RESTITUTION | PR | | 500.00 | BUREAU OF PRISON | | O | 06 | 6855XX |
| PTC PAWCCA21-01691 DPAW216CR000055-001 | 19-FEB-21 3 | 19-FEB-21 FEDERAL RESTITUTION | PR | 1 | 500.00 | IRS-RACS | 21738149 | O | 03 | 6855XX |
| PTC PAWCCA21-02001 DPAW216CR000055-001 | 18-MAR-21 3 | 18-MAR-21 FEDERAL RESTITUTION | PR | 1 | 500.00 | IRS-RACS | 22571788 | O | 03 | 6855XX |
| CTC PAWCCA21-24668068479 DPAW216CR000055-001 | 13-APR-21 3 | 14-APR-21 FEDERAL RESTITUTION | PR | | 500.00 | BUREAU OF PRISON | | O | 06 | 6855XX |
| CTC PAWCCA21-24668069282 DPAW216CR000055-001 | 28-MAY-21 3 | 28-MAY-21 FEDERAL RESTITUTION | PR | | 10,250.00 | BUREAU OF PRISON | | O | 06 | 6855XX |
| PTC PAWCCA21-03096 DPAW216CR000055-001 | 17-JUN-21 3 | 17-JUN-21 FEDERAL RESTITUTION | PR | 1 | 500.00 | IRS-RACS | 26474101 | O | 03 | 6855XX |
| CTC PAWCCA21-24668069698 DPAW216CR000055-001 | 24-JUN-21 3 | 28-JUN-21 FEDERAL RESTITUTION | PR | | 600.00 | BUREAU OF PRISON | | O | 06 | 6855XX |
| PTC PAWCCA21-03862 DPAW216CR000055-001 | 20-AUG-21 3 | 20-AUG-21 FEDERAL RESTITUTION | PR | 1 | 10,250.00 | IRS-RACS | 28230618 | O | 03 | 6855XX |
| PTC PAWCCA21-04215 DPAW216CR000055-001 | 17-SEP-21 3 | 17-SEP-21 FEDERAL RESTITUTION | PR | 1 | 600.00 | IRS-RACS | 29154871 | O | 03 | 6855XX |

**\* Document Type Legend**

| Document Type | Document Type Name |
|---|---|
| CCR | Cash Receipt - Courts CCA Conversion |
| CPA | General Payment Voucher - CCAM Conversion |
| CTC | Cash Receipt - Courts CCA Automated |
| PTC | General Payment Voucher - CCAM Automated |

 **Gmail**

Simon Tusha <simontusha@gmail.com>

# 16cr55 receipts
1 message

**Michael Lutz** <Michael_Lutz@pawd.uscourts.gov>  Wed, Oct 20, 2021 at 2:32 PM
To: Simon Tusha <simontusha@gmail.com>

Mr. Tusha,

Per our phone conversation, attached are the receipts from the money orders that were processed today.

Michael Lutz

Financial Technician

U.S. District Court, Western District of Pennsylvania

700 Grant Street

Pittsburgh, PA 15219

412 208-7535

📎 **16cr55 Simon Tusha receipts.pdf**
99K